IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Pan Ocean Co Ltd., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION |
| vs. | § | |
| | § | |
| Norvic Shipping Asia Pte Ltd., | § | |
| | § | |
| Defendant, | § | IN ADMIRALTY, Rule 9(h) |
| | § | |
| and | § | |
| | § | |
| Cargill Americas, Inc.<br>Cargill, Incorporated<br>The Chemours Company<br>The Chemours Company International LLC<br>Duferco Steel Inc.<br>Interra International, LLC<br>Lehigh Cement Company LLC<br>Louis Dreyfus Company LLC<br>Trafigura AG<br>Trammo, Inc.<br>Severstal, Inc. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| | § | |
| Garnishees. | § | |

**VERIFIED COMPLAINT WITH REQUEST FOR ISSUE OF**
**<u>PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT</u>**

Pan Ocean Co Ltd. ("Pan Ocean") brings this action against Norvic Shipping Asia Pte Ltd. ("Norvic") *quasi in rem* pursuant to Supplemental Rule B for Certain Admiralty and Maritime Claims, requesting the issue of writs of maritime attachment and garnishment including against Garnishees and states as follows:

## <u>Jurisdiction and Venue</u>

1. This is an action within this Court's admiralty jurisdiction pursuant to 28 U.S.C. § 1333 and is an admiralty or maritime claim within Fed. R. Civ. P. 9(h). Pan Ocean further brings this action pursuant to 9 U.S.C. §§ 1, 8 for security for arbitration which Pan Ocean has initiated

against Norvic in London pursuant to a vessel charter party between Pan Ocean and Norvic as more fully detailed below.

2. Venue is proper in this District because the Garnishees are within the meaning of Supplemental Rule B located, can be found, and/or can be served with process in this District.

3. Venue is also proper in this District because Norvic's property is or soon will be in this District, namely, accounts payable from Garnishees to Norvic.

4. Norvic cannot be found in this District within the meaning of Supplemental Rule B.

**The Parties**

5. Pan Ocean is a Korean corporation, Norvic is a Singapore corporation. Pan Ocean is the charterer of the vessel M/V SEACON QINGDAO ("Vessel"), which as Pan Ocean sets out herein, was sub-chartered chartered to Norvic.

6. Garnishees each are entities with offices or agents located in this District which, on information and belief as detailed below, Pan Ocean reasonably believes hold accounts which are the property of and/or owing to Norvic.

**Facts**

7. Pan Ocean chartered the Vessel from its owners, and sub-chartered the Vessel to Norvic, by way of a sub-charter party ("Charter Party") dated October 13, 2021, for a period of "minimum 4 months to "about" 6 months" ("about" meaning +/- 15 days).

8. Pan Ocean delivered the Vessel to Norvik at 1830 hrs GMT on October 27, 2021.

9. Under the terms of the Charter Party, the earliest time for redelivery is 1830 hrs GMT on February 27, 2022 (minimum 4 months).

10. The Vessel experienced mechanical breakdowns during the charter party, and Norvik numerous times threatened to terminate the charter party. Norvik's only valid recourse

under the Charter Party, however, would be to claim that the Vessel was off hire due to breakdowns and/or to claim damages for breach of an intermediate term of the charter party, rather than any breach of the charter party as a whole.

11. Following completion of discharge at Puerto Quetzel, Guatemala on January 22, 2022, Norvik abandoned the Vessel, breaching the Charter Party, leaving the Vessel drifting and without direction.

12. The Vessel remains at Norvik's disposal and hire under the Charter Party continues to accrue.

13. Norvik claims that the Vessel is not seaworthy/cargo worthy and have put the Vessel off hire, and themselves claim a balance of hire of $725,885.10. Pan Ocean disputes this entirely and states that no amount is due to Norvik.

14. If Norvik did purport to redeliver the Vessel to Pan Ocean on 27 February (the minimum 4 month period), however, Norvik would also be in breach in failing to redeliver in the correct range as the Charter Party provides.

15. Norvik owes Pan Ocean at least $1,945,801.40 as set out under the terms of the Charter Party, for breach of the charter party, plus arbitrators and attorneys fees, costs, and interest. Pan Ocean demands this amount, as provided in the Charter Party as set out below.

**Specific Allegations - Garnishees**

16. As set out in **Exhibit A hereto**, import records further confirm the regular and ongoing business between Norvic and Garnishee Duferco Steel Inc., Norvic and Garnishee Lehigh Cement Company LLC.

17. Further as set out in **Exhibit B hereto**, Norvik on its website lists garnishees Cargill Commodities (which is a trade name by information and belief for Cargill Americas, Inc. and/or Cargill, Incorporated), The Chemours Company and The Chemours Company

International LLC ( described as "Chemours" on Exhibit B hereto), Seaboard Overseas and Trading Group (Interra International, LLC is its U.S. affiliate), Louis Dreyfus Company LLC, Trafigura AG, Trammo, Inc. and Severstal, Inc. as regular business partners of Norvik.

18. By reason of this regular and repeated business, of Garnishees shipping product aboard vessels operated or chartered by Norvic, Garnishees are proper garnishees here.

**Count I – Breach of Contract – Security for Arbitration**

19. Pan Ocean repeats the foregoing paragraphs.

20. Norvic has breached its maritime contract with Pan Ocean and caused Pan Ocean damages, which are subject to London arbitration, for which Pan Ocean seeks security by way of funds and other property held by Garnishees, as demanded below.

**Count II – Maritime Attachment and Garnishment (Rule B)**

21. Pan Ocean incorporates the above paragraphs as if fully set forth herein.

22. Pan Ocean seeks issue of process of maritime attachment so that it may obtain security for its claims in arbitration, including its contractual attorneys' fees and costs.

23. No security for Pan Ocean's claims has been posted by Norvic or anyone acting on its behalf.

24. Norvic cannot be found within this district within the meaning of Rule B, but is believed to have, or will have during the pendency of this action, property and/or assets in this jurisdiction because of the presence of each Garnishee in this District, namely, accounts owed Norvic by garnishees, as specified for each Garnishee, *supra*.

**Prayer for Relief**

WHEREFORE, Pan Ocean prays:

A. That in response to Count I, process of maritime attachment be issued to garnish and attach property of Norvic, including but not limited to, accounts payable owed or to be owed

from garnishees to Norvic in the amount of at least **$2,445,801.40** ($1,945,801.40 for breach of the Charter Party as detailed above, plus a further amount for accrued and accruing interest, costs and attorneys' and arbitrators' fees of at least $500,000 in security of Pan Ocean's claims asserted in the London Arbitration upon that total amount being garnished and attached, this action to be stayed and the amount to await final award in arbitration and judgment entered on such award by this Court;

B. That in response to Count II since Norvic cannot be found within this District pursuant to Supplemental Rule B, this Court issue an Order directing the Clerk to issue Process of Maritime Attachment and Garnishment pursuant to Rule B attaching all of Norvic's tangible or intangible property or any other funds held by any garnishee, up to the amount of at least the amount demanded herein to secure Pan Ocean's claims, and that all persons claiming any interest in the same be cited to appear and, pursuant to Supplemental Rule B, answer the matters alleged in this Verified Complaint;

C. That as provided in Supplemental Rule B, that such person over 18 years of age be appointed as moved for herein pursuant to Supplemental Rule B and Fed. R. Civ. P. 4(c) to serve process of Maritime Attachment and Garnishment in this action;

D. That this Court award Pan Ocean such other and further relief that this Court deems just and proper.

**OF COUNSEL**

J. Stephen Simms
Simms Showers LLP
201 International Circle
Baltimore, MD 21030
Telephone: (410) 783-5795
Facsimile: (410) 510-1789
jssimms@simmsshowers.com

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Timothy Jay Houseal*
Timothy Jay Houseal (Del. Bar ID No. 2880)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6682
thouseal@ycst.com

Dated: February 28, 2022

*Attorneys for Pan Ocean Co. Ltd.*

**VERIFICATION**

I am a Principal of the law firm Simms Showers LLP, of counsel to Pan Ocean.

The facts alleged in the foregoing complaint are true and correct to the best of my knowledge and information based upon the records of Pan Ocean made available to me by Pan Ocean. Pan Ocean's authorized officers are not readily available in this District to make verifications on Pan Ocean's behalf. I am authorized to make this verification on Pan Ocean's behalf.

I further certify that, pursuant to Supplemental Rule B, I caused a search to be made of electronic records and Directory Assistance for addresses and telephone numbers in this District. There is no record of any general or resident agent authorized to accept service of process for defendant Norvic in this District.

Pursuant to 28 U.S.C. § 1746(1), I solemnly declare under penalty of perjury that the foregoing is true and correct.

Executed on February 25, 2022.

*/s/ J. Stephen Simms*
J. Stephen Simms
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
Tel: 410-783-5795
Email: jssimms@simmsshowers.com