IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Pan Ocean Co Ltd., § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION |
| vs. § | |
| § | |
| Norvic Shipping Asia Pte Ltd., § | |
| § | |
| Defendant, § | IN ADMIRALTY, Rule 9(h) |
| § | |
| and § | |
| § | |
| Cargill Americas, Inc., *et al*., § | |
| § | |
| Garnishees. § | |

## FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE

Plaintiff Pan Ocean Co Ltd. has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

                                        YOUNG CONAWAY STARGATT & TAYLOR LLP

                                        */s/ Timothy Jay Houseal*
                                        Timothy Jay Houseal (Del. Bar ID No. 2880)
                                        Rodney Square
                                        1000 North King Street
                                        Wilmington, DE 19801
                                        (302) 571-6682
                                        thouseal@ycst.com

                                        *Attorneys for Pan Ocean Co Ltd.*

**OF COUNSEL**

J. Stephen Simms
Simms Showers LLP
201 International Circle, Ste 230
Baltimore, MD 21030
Telephone:    (410) 783-5795
Facsimile:     (410) 510-1789
jssimms@simmsshowers.com

Dated: February 28, 2022